UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22835-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

MARIA EUGENIA CHACON, and
ADELINA AVILA,

    Plaintiffs,

v.

EL MILAGRO CARE CENTER, INC., and
VETSI MARTINEZ

    Defendants.
_____/

<u>AMENDED FINAL JUDGMENT IN FAVOR OF PLAINTIFFS</u>

    Based upon the Verdict rendered by the Jury on July 24, 2009, in favor of the Plaintiffs, and awarding actual damages in favor of Plaintiff MARIA EUGENIA CHACON in the amount of $78,000.00; and, in favor of PLAINTIFF ADELINA AVILA in the amount of $30,000.00; as well as this Court's Order Granting Plaintiffs' Motion for Imposition of Liquidated Damages in an amount equal to actual damages, the Court hereby enters Final Judgment in favor of the Plaintiff MARIA EUGENIA CHACON, against the Defendants EL MILAGRO CARE CENTER, INC., and VETSI MARTINEZ jointly and severally, in the total amount of $156,000.00; and, in favor of Plaintiff ADELINA AVILA, against the Defendants EL MILAGRO CARE CENTER, INC., and VETSI MARTINEZ jointly and severally, in the total amount of $60,000.00; for a total judgment in the amount of $216,000.00, for which sum execution shall issue.

    The Court reserves jurisdiction to hear timely filed further motions, including requests for costs and fees.

    **DONE AND ORDERED** in Miami, Florida, on September 1, 2009.

                                                  */s/ Andrea M. Simonton*
                                                 ANDREA M. SIMONTON
                                                 UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
All counsel of record