# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| | |
|---|---|
| MARIA EUGENIA CHACON and all other similarly situated, <br> Plaintiff, <br> vs. <br> EL MILAGRO CARE CENTER, INC. <br> VETSI M. MARTINEZ <br> Defendants | Civil Action No.: 07-22835 |



7/22/2009
11:53 A
[signature]

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: JOSEPH SUTRYNOWICZ — *P.S.*
10101 SW 46TH STREET
MIAMI, FLORIDA 33165

*No Such Person per Clmark.*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| **Place:** United States District Court <br> 301 North Miami Avenue <br> Miami, Florida 33128 | **Courtroom No.:** 8TH FLOOR |
|---|---|
| | **Date:** Trial week of 7/21/09 -7/27/09. Call (305) 865-6766 for exact date and time of testimony. |
| | **Time:** 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _7/9/09___

CLERK OF COURT

OR

_____     _____
Signature of Clerk or Deputy Clerk     Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (*name of parties*) Maria Eugenia Chacon and Adelina Avila, who issues or requests this subpoena, are: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida, 33141, zabogado@aol.com, (305) 865-6766.

324

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
J. H. Zidell, Esquire
J.H. Zidell, P.A.
300 Seventy-First Street, Suite 605
Miami Beach, Florida 33141
PH: (305)865-6766
FX: (305)865-7167

## PROOF OF SERVICE

DATE _7/12/05_
ON _Joseph Sotonowi_ SERVED

PLACE _full gt_

MANNER OF SERVICE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _7/12/05_
DATE

_____
SIGNATURE OF SERVER

_San A/ Min A_
ADDRESS OF SERVER

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARIA EUGENIA CHACON and all other similarly situated , <br>     Plaintiff, <br> vs. <br> EL MILAGRO CARE CENTER, INC. <br> VETSI M. MARTINEZ <br>     Defendants | **Civil Action No.: 07-22835** |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:    Candida Palacios
        335 NW 12 Ave, Apt. #6
        Miami, Florida 33128

*[handwritten: 7/13/2009 7:36p]*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| **Place:** United States District Court <br> 301 North Miami Avenue <br> Miami, Florida 33128 | **Courtroom No.:** 8TH FLOOR |
|---|---|
| | **Date:** Trial week of **7/21/09 -7/27/09**. Call (305) 865-6766 for exact date and time of testimony. |
| | **Time:** 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _7/9/09___

               CLERK OF COURT

                                        OR

_____       _____
Signature of Clerk or Deputy Clerk          Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (*name of parties*) Maria Eugenia Chacon and Adelina Avila, who issues or requests this subpoena, are: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida, 33141, zabogado@aol.com, (305) 865-6766.

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
J. H. ZIDELL, ESQUIRE
J. H. ZIDELL P.A.
300 Seventy First Street
Suite 605
Miami Beach, Florida 33141
PH (305) 865-6766
FX: (305) 865-7167

## PROOF OF SERVICE

DATE: 7/18/05

SERVICE ON: Candido Colacio

PLACE: 335 NW/L Ave #6 Miami FL

MANNER OF SERVICE: (Personal)

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 7/18/05
DATE

SIGNATURE OF SERVER: _Fran Ayon_

_Scanfi Ayon FL_
ADDRESS OF SERVER

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARIA EUGENIA CHACON and all other similarly situated,
    Plaintiff,
vs.
EL MILAGRO CARE CENTER, INC.
VETSI M. MARTINEZ
    Defendants

Civil Action No.: 07-22835

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   MARTHA CABRERA *PS*
1160 NW 4 Street, Apt.# 1
Miami, Florida 33128
Tel: (786) 360 3199 *or* 305-545-6984

*[handwritten: 7/13/2009 7:44P]*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| **Place:** United States District Court 301 North Miami Avenue Miami, Florida 33128 | **Courtroom No.:** 8TH FLOOR |
| --- | --- |
| | **Date:** Trial week of **7/21/09 -7/27/09.** Call (305) 865-6766 for exact date and time of testimony. |
| | **Time:** 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _7/9/09___
        CLERK OF COURT
                      OR

_____     _____
Signature of Clerk or Deputy Clerk     Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (*name of parties*) Maria Eugenia Chacon and Adelina Avila, who issues or requests this subpoena, are: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida, 33141, zabogado@aol.com, (305) 865-6766.

37/

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
J. H. ZIDELL, ESQUIRE
J. H. ZIDELL P.A.
300 Seventy First Street
Suite 605
Miami Beach, Florida 33141
PH (305) 865-6766
FX: (305) 865-7167

## PROOF OF SERVICE

DATE: _7/13/05_

SERVED ON: _MARTHA CAMBOA_

PLACE: _1160 NW 4 St #1 Miami Fl_

MANNER OF SERVICE: _(Pers)_

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: _7/13/05_
              DATE

SIGNATURE OF SERVER: _Frank Ayala_

_300 Rd Miami Fl_
ADDRESS OF SERVER

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

MARIA EUGENIA CHACON and all other similarly situated,
Plaintiff,
vs.
EL MILAGRO CARE CENTER, INC.
VETSI M. MARTINEZ
Defendants

Civil Action No.: 07-22835

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Ariel Canales
801 West 49th Street, Suite 226
Hialeah, Florida 33012

*[handwritten: 1800 W 49 ST #218]*

*[handwritten: 7/22/2009 10:06 A MARTA CANALES]*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: United States District Court 301 North Miami Avenue Miami, Florida 33128 | Courtroom No.: 8TH FLOOR |
| --- | --- |
| | Date: Trial week of 7/21/09 -7/27/09. Call (305) 865-6766 for exact date and time of testimony. |
| | Time: 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _7/17/09__

CLERK OF COURT

OR

_____   _____
Signature of Clerk or Deputy Clerk    Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing *(name of parties)* Maria Eugenia Chacon and Adelina Avila, who issues or requests this subpoena, are: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida, 33141, zabogado@aol.com, (305) 865-6766.

*[handwritten: TD Bank No Such Person 7/20/2009 10:41A]*

*[handwritten: 395]*

**ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER**
J. H. Zidell, Esquire
J.H. Zidell, P.A.
300 Seventy-First Street, Suite 605
Miami Beach, Florida 33141
PH: (305)865-6766
FX: (305)865-7167

## PROOF OF SERVICE

DATE _7/22/05_  SERVED
ON _Ariel (Owner)_

PLACE, _1800 W 49 st_  MANNER OF SERVICE
_Hialeah, Fla_

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _7/22/05_
　　　　　　　DATE

_[signature]_
SIGNATURE OF SERVER

_[signature]_
ADDRESS OF SERVER

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARIA EUGENIA CHACON and all other similarly situated,<br>Plaintiff,<br>vs.<br>EL MILAGRO CARE CENTER, INC.<br>VETSI M. MARTINEZ<br>Defendants | Civil Action No.: 07-22835 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: ANTONIO SANTIAGO
1925 SW 3RD STREET, APT 15
MIAMI, FLORIDA 33135

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| **Place:** United States District Court<br>301 North Miami Avenue<br>Miami, Florida 33128 | **Courtroom No.:** 8TH FLOOR |
|---|---|
| | **Date:** Trial week of **7/21/09 -7/27/09**. Call (305) 865-6766 for exact date and time of testimony. |
| | **Time:** 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _7/9/09___

CLERK OF COURT

OR

_____         _____
Signature of Clerk or Deputy Clerk                              Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (*name of parties*) Maria Eugenia Chacon and Adelina Avila, who issues or requests this subpoena, are: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida, 33141, zabogado@aol.com, (305) 865-6766.

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
J. H. ZIDELL, ESQUIRE
J. H. ZIDELL P.A.
300 Seventy First Street
Suite 605
Miami Beach, Florida 33141
PH (305) 865-6766
FX: (305) 865-7167

## PROOF OF SERVICE

DATE: 7/13/05

SERVED ON: Antonio Santiago

PLACE: 1520 SW 3 st # 3 Miami, Fla

MANNER OF SERVICE: Pers

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 7/13/05
DATE

SIGNATURE OF SERVER: _____

ADDRESS OF SERVER

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARIA EUGENIA CHACON and all other similarly situated, <br>     Plaintiff, <br> vs. <br> EL MILAGRO CARE CENTER, INC. <br> VETSI M. MARTINEZ <br>     Defendants | **Civil Action No.: 07-22835** |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: HERARDO BELTRAN
245 SW 20th Ave, Apt 9
Miami, Florida 33135

*[handwritten: 7/13/2005 8:01?]*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| **Place:** United States District Court <br> 301 North Miami Avenue <br> Miami, Florida 33128 | **Courtroom No.:** 8TH FLOOR |
|---|---|
| | **Date:** Trial week of **7/21/09 -7/27/09**. Call (305) 865-6766 for exact date and time of testimony. |
| | **Time:** 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _7/9/09___

    CLERK OF COURT

                       OR

_____     _____
Signature of Clerk or Deputy Clerk               Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (*name of parties*) Maria Eugenia Chacon and Adelina Avila, who issues or requests this subpoena, are: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida, 33141, zabogado@aol.com, (305) 865-6766.

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
J. H. ZIDELL, ESQUIRE
J. H. ZIDELL P.A.
300 Seventy First Street
Suite 605
Miami Beach, Florida 33141
PH (305) 865-6766
FX: (305) 865-7167

## PROOF OF SERVICE

DATE: 7/13/05

SERVED ON: Henando Beltran

PLACE: 2415 SW 2c Av #9 Mia Fl

MANNER OF SERVICE: Personal

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 7/13/05
DATE

SIGNATURE OF SERVER: _____ Frank Ayala

2415 SW/ com Fl
ADDRESS OF SERVER

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARIA EUGENIA CHACON and all other similarly situated ,<br>    Plaintiff,<br>vs.<br>EL MILAGRO CARE CENTER, INC.<br>VETSI M. MARTINEZ<br>    Defendants | Civil Action No.: 07-22835 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   FRANK SUAREZ
       740 NW 9th Ave, Unit 3
       Miami, Florida 33136

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| **Place:** United States District Court<br>301 North Miami Avenue<br>Miami, Florida 33128 | **Courtroom No.:** 8TH FLOOR |
|---|---|
| | **Date:** Trial week of 7/21/09 -7/27/09. Call (305) 865-6766 for exact date and time of testimony. |
| | **Time:** 9:00 a.m. |

    You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _7/9/09___

              CLERK OF COURT

                              OR

_____      _____
Signature of Clerk or Deputy Clerk      Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (*name of parties*) Maria Eugenia Chacon and Adelina Avila, who issues or requests this subpoena, are: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida, 33141, zabogado@aol.com, (305) 865-6766.



**Depo Express, Inc.**  
1240 NE 176 Street  
North Miami Beach  
Florida, 33162  
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2009 | 898 |

| Bill To |
|---|
| Law Offices of JH Zidell<br>Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | Net 30 | 5/10/2009 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | April 6, 2009 previously billed | 75.00 | 0.00 |
| 0 | original + 1 | | 3.40 | 0.00 |
| 3 | exhibits | | 0.35 | 1.05 |
| 0 | condensed/a... | | 25.00 | 0.00 |
| 1 | courier | | 11.00 | 11.00 |
| 67 | certified copy | Deposition of Vesti Martinez<br>Thanks for your business. | 3.00 | 201.00 |

Chacon V. El Milagro

**Total** $213.05

# Depo Express, Inc.

1240 NE 176 Street  
North Miami Beach  
Florida, 33162  
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 4/23/2009 | 877 |

| Bill To |
|---|
| Law Offices of JH Zidell<br>Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | Net 30 | 4/23/2009 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | Date   Time  4-6-09  1:00 to 3:35 | 135.00 | 135.00 |
| 0 | original + 1 | | 3.40 | 0.00 |
| 0 | exhibits | | 0.35 | 0.00 |
| 0 | condensed/a... | | 25.00 | 0.00 |
| 0 | courier | | 11.00 | 0.00 |
| 0 | certified copy | Deposition of<br>Thanks for your business. | 3.00 | 0.00 |

Chacon V. El Milagro

**Total** $135.00



**Depo Express, Inc.**  
1240 NE 176 Street  
North Miami Beach  
Florida, 33162  
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 4/7/2009 | 862 |

| Bill To |
|---|
| Law Offices of JH Zidell |
| Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | Net 30 | 4/7/2009 | |

| QTY | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | Date 4-6-09    Time 10:30 to 1:00 | 135.00 | 135.00 |
| 0 | original + 1 | | 3.40 | 0.00 |
| 0 | exhibits | Holding 40 pgs | 0.35 | 0.00 |
| 0 | condensed/a... | | 25.00 | 0.00 |
| 0 | courier | | 11.00 | 0.00 |
| 0 | certified copy | Deposition of | 3.00 | 0.00 |
| | | Thanks for your business. | | |

Chacon V. El Milagro

**Total** $135.00

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
### Federally Certified Court Interpreter
365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-5068

May 12, 2009

**INVOICE**
No. 2689

| | |
|---|---|
| DATE OF SERVICE: | April 6, 2009 |
| CASE: | Avila & Chacon vs. Martinez |
| DESCRIPTION: | Interpeted during deposition |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
|---|---|---|
| 2 hrs. | $85.00 | $170.00 |

Thank you for your patronage.

# ATD Mediation, LLC
**Cindy Niad Hannah, Esq.**
Certified Mediator
1140 Northwest 100th Way
Fort Lauderdale, FL. 33322
(305) 926-8801
Fax: (954) 693-0673
www.agree2disagree.com

## STATEMENT OF MEDIATION SERVICES

**Date of Mediation: 05/19/08 @ 10:00 A.M.**  **MF# B-1245**

**To:** Daniel Feld, Esq.
J.H. Zidell, P.A.
300 71st Street, Ste. 605
Miami Beach, FL 33141
Ph: 305-865-6766
Fax: 305-865-7167

**Style of Case:** Eugenia v. El Milagro Care Center

**Case/Claim #:** 07-22835-CIV-UNGARO/O'SULLIVAN

Total Hours: _2 hr. min_

Your Fee: _$365-_

Amount Received: _-0-_

Total Amount Due: _$365-_

PAYMENT IS DUE UPON RECEIPT. PLEASE MAKE CHECKS PAYABLE TO: ATD Mediation, LLC (Tax I.D. # 20-2717073).
**PLEASE REFERENCE THE ABOVE MF NUMBER ON YOUR PAYMENT.**
**Kindly provide a copy of this invoice with your payment** to the above-referenced address. Interest at the highest rate allowable by law will be charged to all invoices ten (10) days past due and over. A **$30.00** charge will be added for returned checks.

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
**Federally Certified Court Interpreter**
365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-5068

July 27, 2009

**INVOICE**
No. 2720

DATE OF SERVICE:   July 21, 22, 23 & 24, 2009

CASE:              Ma. Eugenia Chacon & Adelina Avila vs. El Milagro Care
                   Center & Vesti Martinez.

DESCRIPTION:       Interpeted during jury trial

TERMS:             Net due upon receipt

| TIME | RATE | SUBTOTAL | TOTAL |
|---|---|---|---|
| 10.5 hrs | $85.00 | $892.50 | |
| .75 hr. | $127.50 | $ 95.63 | $988.13 |

Thank you for your patronage.