UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22835-CIV-UNGARO/SIMONTON

| | |
|---|---|
| MARIA EUGENIA CHACON, ADELINA AVILA and all others similarly situated, <br> Plaintiffs, <br> vs. <br><br> EL MILAGRO CHILD CARE CENTER, INC. <br> VETSI M. MARTINEZ <br> Defendants | ) <br> ) CONSENT CASE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

<u>**WRIT OF GARNISHMENT**</u>

YOU ARE COMMANDED to summon the Garnishee, JP Morgan Chase Bank, N.A., 1025 71st St, Miami Beach, FL 33141, to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants, EL MILAGRO CHILD CARE CENTER, INC. and VETSI M. MARTINEZ, **(Including Bank Account number: <u>XXXX3971</u> or any other bank accounts in their names)**, who upon information and belief, maintains a bank account with Garnishee JP Morgan Chase Bank, N.A, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants EL MILAGRO CHILD CARE CENTER, INC. and VETSI M. MARTINEZ the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant such as Certificate of deposits, bonds or money market accounts.  The amount set in Plaintiffs' motion is for **$279,462.43.**

Dated on   5/31/2018   , 2018.        Steven M. Larimore
                                              Name of Clerk
As Clerk of the Court
                                    By:  s/Patrick Edwards
                                              as Deputy Clerk

