# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22835-CIV-UNGARO/SIMONTON

| | |
|---|---|
| MARIA EUGENIA CHACON, ADELINA AVILA and all others similarly situated , Plaintiffs, <br> vs. <br><br> EL MILAGRO CHILD CARE CENTER, INC. <br> VETSI M. MARTINEZ <br> Defendants | CONSENT CASE |



**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Iberia Bank, formerly known as Sabadell Bank, 9599 Harding Avenue, Surfside, FL 33154, to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants , EL MILAGRO CHILD CARE CENTER, INC. and VETSI M. MARTINEZ, **(Including Bank Account number: XXXX0852 or any other bank accounts in their names)**, who upon information and belief, maintains a bank account with Garnishee Iberia Bank, formerly known as Sabadell Bank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants EL MILAGRO CHILD CARE CENTER, INC. and VETSI M. MARTINEZ the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiffs' motion is for **$279,462.43.**

Dated on _____May 31_____, 2018.

As Clerk of the Court

**Steven M. Larimore**
Name of Clerk

By: s/Patrick Edwards
as Deputy Clerk

GLV

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

*07 - 22835* **PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This *summons* for *(name of individual and title, if any)* *ISER, a Bank*
was received by me on *(date)* *6/11/17* .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the *summons* on *(name of individual)* *Oriana Gonzalez Bailaffzia*, who is
designated by law to accept service of process on behalf of *(name of organization)* *ISER, a Bank* on *(date)* *6/11/17* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ *2* for travel and $ *22* for services, for a total of $ *0.00* .

I declare under penalty of perjury that this information is true.

Date: *6/11/17*
_____
Server's signature

Perry Parang
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# IBERIABANK

### DIANA GOUDIE
**Vice President**
**Assistant Branch Manager**
**NMLS # 431102**

9599 Harding Ave
Surfside, FL 33154
diana.goudie@iberiabank.com

Tel: (305) 866-0220
Fax: (305) 866-1130

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22835-CIV-UNGARO/SIMONTON

MARIA EUGENIA CHACON, ADELINA )
AVILA and all others similarly situated , )   <u>CONSENT CASE</u>
        Plaintiffs, )
      vs. )
 )
EL MILAGRO CHILD CARE CENTER, )
INC. )
VETSI M. MARTINEZ )
        Defendants )



## THE STATE OF FLORIDA
## TO EACH SHERIFF OF THE STATE:

### WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, JP Morgan Chase Bank, N.A., 1025 71st St, Miami Beach, FL 33141, to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants , EL MILAGRO CHILD CARE CENTER, INC. and VETSI M. MARTINEZ, **(Including Bank Account number: <u>XXXX3971</u> or any other bank accounts in their names)**, who upon information and belief, maintains a bank account with Garnishee JP Morgan Chase Bank, N.A, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants  EL MILAGRO CHILD CARE CENTER, INC. and VETSI M. MARTINEZ the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant such as Certificate of deposits, bonds or money market accounts.  The amount set in Plaintiffs' motion is for **$279,462.43.**

Dated on _____5/31/2018_____ , 2018.

                              **Steven M. Larimore**

                              Name of Clerk

As Clerk of the Court

               By:____s/Patrick Edwards____
                      as Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

*O 7- 228 35*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This *Garnishmt* for *(name of individual and title, if any)* *J.P. Morgan Chase Bank*

was received by me on *(date)* *6/1/17* .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the *Garnishmt* on *(name of individual)* *Jeff Dambrano Salafrio* , who is

designated by law to accept service of process on behalf of *(name of organization)* *J.P. Morgan*

*Chase Bank* on *(date)* *6/1/17* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ *3,—* for travel and $ *12.* for services, for a total of $ *40.00* .

I declare under penalty of perjury that this information is true.

Date: *6/1/17*

_____
Server's signature

Perry Parang
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

CHASE PRIVATE CLIENT

**Jose A. Zambrano**
Private Client Banker
NMLS ID: 1424402

1025 71st Street
Miami Beach, FL 33141

Telephone:   305 861 1856
Facsimile:     855 724 4680
24/7 Service: 888 994 5626
jose.a.zambrano@chase.com

JPMorgan Chase Bank, N.A.

Registered Representative of **J.P. Morgan Securities LLC** (JPMS)
Member FINRA and SIPC

Insurance Agent of Chase Insurance Agency Services, Inc. (CIAS)

JPMS and CIAS are affiliates of JPMorgan Chase Bank, N.A.

INVESTMENT AND INSURANCE PRODUCTS ARE:
· NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL
GOVERNMENT AGENCY · NOT A DEPOSIT OR OTHER OBLIGATION OF,
OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF
ITS AFFILIATES · SUBJECT TO INVESTMENT RISKS, INCLUDING
POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED