UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22835-CIV-SIMONTON

MARIA EUGENIA CHACON, ADELINA )
AVILA and all others similarly situated, ) CONSENT CASE
    Plaintiffs, )
  vs. )
)
EL MILAGRO CHILD CARE CENTER, )
INC. )
VETSI M. MARTINEZ )
    Defendants )

### SUBPOENA FOR DEPOSITION IN AID OF EXECUTION OF FINAL JUDGMENT

(Please advise 72 hours prior to depositions if an interpreter will be required and indicate in what language an interpreter will be needed in)

### IF YOU FAIL TO APPEAR AS STATED
### YOU MAY BE HELD IN COMTEMPT OF COURT

VETSI M. MARTINEZ
1105 W. 69th Place
Hialeah, FL 33014

YOU ARE COMMANDED to appear at the place, date, and time specified below for purposes of taking your deposition testimony as a collections fact witness, to provide testimony regarding the above-styled matter, the below documents, and facts regarding same.

| PLACE | DATE | TIME |
|---|---|---|
| J.H. Zidell, P.A.<br>300 Seventy-First Street, Suite 605<br>City National Bank Building | July 10, 2018 | 10:00 a.m. |

Page 1 of 14

Miami Beach, FL 33141
PH: (305)865-6766

You must bring and/or have available during the depositions all of the following documents that are in your possession, custody or control for copying and inspection:

The Deponent is requested and directed to produce for inspection and copying the items and documents described below. The deponent is further directed and requested to observe and follow the instructions and definitions in connection with this request for production:

## Definitions and Instructions

1. The term "document" includes, but is not limited to, the original (any copy of the original which contains additional writing thereon or attached thereto) or memoranda, reports, books, manuals, plan specifications, scheduling charts, instructions, financial reports, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospects, interoffice and intra office communications, contracts, cables, notations of any sort of conversation, telephone calls, meetings or communications, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analysis returns, summaries, minutes, bills, accounts, estimates projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, work sheets (and all drafts, preliminary versions, alterations, modifications revisions, changes and amendments of any of the foregoing, graphic or oral records, or representations of any kind (including, without limitation, photographs, charges, graphs, microfiche, microfilm, videotape, recordings and motion pictures), electronic, mechanical and electric records or presentations of any kind (including, without limitation, tapes, cassettes, disks and recordings) and other written, printed, types or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, phone record, film, tape or videotape. To the extent available, all documents should be provided in PDF and other electronic format.

2. The term "Defendant," "Defendants," and "Defendant(s)" shall be **VETSI M. MARTINEZ**

3. Whenever any company or partnership is used or referred to herein, that entity includes:
**VETSI M. MARTINEZ and EL MILAGRO CHILD CARE CENTER, INC.**

a) All predecessors, successors, subsidiaries, parents or affiliates of the named company or partnership.

b) All officers, directors, partners, agents and employees of the named company or partnership; and

c) All officers, directors, partners, agents and employees of the *predecessor* successor, subsidiary, parent or affiliate of the named company or partnership.

4. If you withhold any documents requested herein on the grounds of privilege, you are asked to identify each of those documents by date, author, address(es) or recipe(s), chain of custody, file and controller of file in which found (or specific location of document, if not contained in any file), nature of the privilege being asserted and general description.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**Please produce the following documents:**

### BANK RECORDS

1. Any and all documents and records of checking, savings, or any other type of account, foreign or domestic maintained by **VETSI M. MARTINEZ** with any type of financial institution during the last three years, including but not limited to monthly account statements, checks, check registers, check stubs, canceled checks, and deposit slips.

2. All documents that refer, to reflect or relate to any transfers made from any financial account held for the benefit of **VETSI M. MARTINEZ** by any third party, for the last three years.

3. Any and all signature cards that name **VETSI M. MARTINEZ** as an authorized signatory on any financial account for any entity or other third party, for past three years.

4. Any and all documents submitted to any bank financial institution, or any other person or entity, by **VETSI M. MARTINEZ** for any loan or advance, in any capacity (borrower, guarantor or surety) for the past three years.

5. Any and all documents concerning any interest in or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, escrow funds owned or held by **VETSI M. MARTINEZ** in the past three

years.

6. Any and all documents related to any account into which any of **VETSI M. MARTINEZ** earnings or other income has been deposited in the past three years.
7. Any and all documents evidencing **VETSI M. MARTINEZ** having authority to access any safe- deposit box or other bank secured area, for the past three years.
8. Copies of Defendant(s) last 36 months banks statements.

## REAL PROPERTY

9. Any and all documents that refer to, reflect, or relate to any real property owned by **VETSI M. MARTINEZ** in the past three years.
10. Any and all documents that refer to, reflect, or relate to encumbrances on any real property owned by **VETSI M. MARTINEZ.**
11. Any and all documents evidencing ownership of real property in which **VETSI M. MARTINEZ** currently enjoy a direct or indirect beneficial interest.
12. Any and all checks, receipts, deeds, or other evidence of the sale or transfer of any real property in which **VETSI M. MARTINEZ** had a legal or equitable ownership interest, within the past three years.
13. Any and all lease agreements for real property in which **VETSI M. MARTINEZ** is the landlord or have a beneficial interest.
14. Any and all lease agreements for real property in which **VETSI M. MARTINEZ** is the lessor or lessee.
15. Any and all documents that evidence **VETSI M. MARTINEZ** name being on any real property tax records, as payor or trustee, for the past three years.
16. Any and all deeds that title any real property to **VETSI M. MARTINEZ** as trustee for any other person or entity.
17. Any and all deeds of trust or mortgages held in favor of **VETSI M. MARTINEZ** at present or owned during the last five years.
18. Any and all documents evidencing any time-share property that **VETSI M. MARTINEZ** enjoy the use of.
19. Copies of any appraisals or other forms of valuation for any property that **VETSI M. MARTINEZ** has an interest in or held any inters in within the past three years.

20. Promissory notes or mortgages **VETSI M. MARTINEZ** signed during the past three years.
21. Copies of all deeds and mortgages to which **VETSI M. MARTINEZ** currently holds property as tenant by the entireties, tenant in common or joint tenant.

## PERSONAL PROPERTY

22. Certificate of title or other evidence of ownership of any boat, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of **VETSI M. MARTINEZ** whether owned by **VETSI M. MARTINEZ** or any entity that **VETSI M. MARTINEZ** is/are affiliated with, or held in trust by **VETSI M. MARTINEZ**.

23. Any and all note receivables, pledges or security interests in favor of **VETSI M. MARTINEZ** now and in the past three years.
24. Copies of all homeowner's insurance policies and other insurance policies or riders that have insured any property that **VETSI M. MARTINEZ** owns or has the benefit or sue of, for the past three years.
25. Copies of all dock slips or other documentation evidencing the right to dock any watercraft in which **VETSI M. MARTINEZ** has a legal or beneficial interest.
26. List and valuation of all collectibles (e.g. stamps, coins, sports cards, etc.) that **VETSI M. MARTINEZ** now own or have owned within the past three years.
27. Any and all documents that refer or relate to any guns, jewelry, antiques, art, paintings, or other similar assets owned by **VETSI M. MARTINEZ** possession within the past three years.
28. Any and all documents evidencing any interest **VETSI M. MARTINEZ** may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights or mineral rights.
29. Certificate of title or other evidence of ownership in any car or vehicle(s) owned by or in possession of **VETSI M. MARTINEZ** whether owned by **VETSI M. MARTINEZ**, or any entity that **VETSI M. MARTINEZ** affiliated with, or held in

trust by **VETSI M. MARTINEZ**

### BUSINESS INTEREST

30. All documents referring in any way, directly or indirectly, to any and all businesses in which **VETSI M. MARTINEZ** is a member, managing member, stockholder, partner, officer, director, owner, or registered agent.
31. Any and all corporate charters, minutes of stockholders' meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by **VETSI M. MARTINEZ** or any subsidiary or other entity win which that corporation has held an ownership interest during the past three years.

32. All local, state, and federal tax returns filed by **VETSI M. MARTINEZ** in the past three years, including all attachments, schedules, W-2's, K-1's, and 1099 and 1098 forms.
33. Copy of all Employer Quarterly Federal Tax Returns FORM 940 and RT6 Quarterly Reports for the past three years.
34. Copy of all Florida Sales and Use Tax Returns and monthly DR-15EZ filed with the Florida Department of Revenue by **VETSI M. MARTINEZ** for the last three years.
35. All documents referring or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses, or other sums of money paid to **VETSI M. MARTINEZ** within the past three years.
36. Any and all employment contracts that **VETSI M. MARTINEZ** has had in the past three years.
37. Copy of all documents showing a transfer of any funds and/or assets from **VETSI M. MARTINEZ** to anyone else or to any business in the last three years.

### EMPLOYMENT

38. All documents that identify the name and address of any person or entity that has employed

  **VETSI M. MARTINEZ** within the past three years.

39. All documents that identify any person or entity for whom **VETSI M. MARTINEZ** has acted as independent contractor within the past three years.

40. Any and all employment contracts that **VETSI M. MARTINEZ** has entered into for the past three years.

41. All local, state, and federal tax returns filed by **VETSI M. MARTINEZ** in the past three years, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.

42. All banking deposits for **VETSI M. MARTINEZ** for the past thirty-six months.

43. All contracts where **VETSI M. MARTINEZ** is providing services, within the past twelve months.

44. List of your customers, for the past three years.

## TAX RETURNS

45. Federal tax returns filed by **VETSI M. MARTINEZ** for 2013, 2014, 2015, 2016, 2017 and 2018, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.

46. Federal tax returns filed by **VETSI M. MARTINEZ** for 2013, 2014, 2015, 2016, 2017 and 2018, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.

47. Federal tax returns filed by **VETSI M. MARTINEZ** for 2013, 2014, 2015, 2016, 2017 and 2018, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.

48. Federal tax returns filed **VETSI M. MARTINEZ** for 2013, 2014, 2015, 2016, 2017 and 2018, including all attachments, schedules, W- 2's, K-1;s and 1099 and 1098 forms.

49. Copy of Cash Flow Statement of **VETSI M. MARTINEZ** the past 3 years.

50. Account Receivables for **VETSI M. MARTINEZ** for the past 3 years.

## INVESTMENTS

51. Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or other investment vehicle owned by or held for **VETSI M. MARTINEZ** benefit.
52. Any and all rent rolls for the properties in which **VETSI M. MARTINEZ** had an ownership interest for the past three years.
53. Copies of all 1099-D or 1099-1 forms issued to **VETSI M. MARTINEZ** within the past three years.
54. Any and all documents referring to any stock options or profit-sharing plans held by **VETSI M. MARTINEZ** or for the benefit of **VETSI M. MARTINEZ**

## GENERAL

55. All documents referring to or reflecting the name and address of any storage facility or mini-warehouse to which **VETSI M. MARTINEZ** has access in which it stores products belonging to **VETSI M. MARTINEZ**.
56. Copies of any and all financial statements **VETSI M. MARTINEZ** has prepared for any lender or creditor in the past three years.
57. Copies of any and all professional licenses held by **VETSI M. MARTINEZ**
58. Copies of all Miami Dade County or City of Miami Code Violations citations issued to **VETSI M. MARTINEZ** within the last three years.
59. Copies of all Lease Agreements entered on behalf of you or **VETSI M. MARTINEZ**
60. Copies of all outstanding invoices owed to **VETSI M. MARTINEZ**

## BANK RECORDS

61. Any and all documents and records of checking, savings, or any other type of account, foreign or domestic maintained by **VETSI M. MARTINEZ** with any type of financial institution during the last three years, including but not limited to monthly account statements, checks, check registers, check stubs, canceled checks, and deposit

slips.

62. All documents that refer, to reflect or relate to any transfers made from any financial account held for the benefit of **VETSI M. MARTINEZ** by any third party, for the last three years.

63. Any and all signature cards that name **VETSI M. MARTINEZ** as an authorized signatory on any financial account for any entity or other third party, for past three years.

64. Any and all documents submitted to any bank financial institution, or any other person or entity, by **VETSI M. MARTINEZ** for any loan or advance, in any capacity (borrower, guarantor or surety) for the past three years.

65. Any and all documents concerning any interest in or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, escrow funds owned or held by **VETSI M. MARTINEZ** in the past three years.

66. Any and all documents related to any account into which any of **VETSI M. MARTINEZ** earnings or other income has been deposited in the past three years.

67. Any and all documents evidencing **VETSI M. MARTINEZ** having authority to access any safe- deposit box or other bank secured area, for the past three years.

68. Copies of **VETSI M. MARTINEZ** last 36 months banks statements.

## REAL PROPERTY

69. Any and all documents that refer to, reflect, or relate to any real property owned by **VETSI M. MARTINEZ** in the past three years.

70. Any and all documents that refer to, reflect, or relate to encumbrances on any real property owned by **VETSI M. MARTINEZ**

71. Any and all documents evidencing ownership of real property in which **VETSI M. MARTINEZ** currently enjoy a direct or indirect beneficial interest.

72. Any and all checks, receipts, deeds, or other evidence of the sale or transfer of any real property in which **VETSI M. MARTINEZ** had a legal or equitable ownership interest, within the past three years.

73. Any and all lease agreements for real property in which **VETSI M. MARTINEZ** is the landlord or have a beneficial interest.
74. Any and all lease agreements for real property in which **VETSI M. MARTINEZ** is the lessor or lessee.
75. Any and all documents that evidence **VETSI M. MARTINEZ** name being on any real property tax records, as payor or trustee, for the past three years.
76. Any and all deeds that title any real property to **VETSI M. MARTINEZ** as trustee for any other person or entity.
77. Any and all deeds of trust or mortgages held in favor of **VETSI M. MARTINEZ** at present or owned during the last five years.
78. Any and all documents evidencing any time-share property that **VETSI M. MARTINEZ** enjoy the use of.
79. Copies of any appraisals or other forms of valuation for any property that **VETSI M. MARTINEZ** has an interest in or held any inters in within the past three years.
80. Promissory notes or mortgages **VETSI M. MARTINEZ** signed during the past three years.
81. Copies of all deeds and mortgages to which **VETSI M. MARTINEZ** currently holds property as tenant by the entireties, tenant in common or joint tenant.

## PERSONAL PROPERTY

82. Certificate of title or other evidence of ownership of any boat, watercraft, motorcycle, four- wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of **VETSI M. MARTINEZ** whether owned by **VETSI M. MARTINEZ** or any entity that **VETSI M. MARTINEZ** is/are affiliated with, or held in trust by **VETSI M. MARTINEZ**.
83. Any and all note receivables, pledges or security interests in favor of **VETSI M. MARTINEZ** now and in the past three years.
84. Copies of all homeowner's insurance policies and other insurance policies or riders that have insured any property that **VETSI M. MARTINEZ** owns or has the benefit or

sue of, for the past three years.

85. Copies of all dock slips or other documentation evidencing the right to dock any watercraft in which **VETSI M. MARTINEZ** has a legal or beneficial interest.

86. List and valuation of all collectibles (e.g. stamps, coins, sports cards, etc.) that **VETSI M. MARTINEZ** now own or have owned within the past three years.

87. Any and all documents that refer or relate to any guns, jewelry, antiques, art, paintings, or other similar assets owned by **VETSI M. MARTINEZ** possession within the past three years.

88. Any and all documents evidencing any interest **VETSI M. MARTINEZ** may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights or mineral rights.

89. Certificate of title or other evidence of ownership in any car or vehicle(s) owned by or in possession of **VETSI M. MARTINEZ** whether owned by **VETSI M. MARTINEZ**, or any entity that **VETSI M. MARTINEZ** affiliated with, or held in trust by Defendant(s).

## BUSINESS INTEREST

90. All documents referring in any way, directly or indirectly, to any and all businesses in which **VETSI M. MARTINEZ** is a member, managing member, stockholder, partner, officer, director, owner, or registered agent.

91. Any and all corporate charters, minutes of stockholders' meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by **VETSI M. MARTINEZ** or any subsidiary or other entity win which that corporation has held an ownership interest during the past three years.

92. All local, state, and federal tax returns filed by **VETSI M. MARTINEZ** in the past three years, including all attachments, schedules, W-2's, K-1's, and 1099 and 1098 forms.

93. Copy of all Employer Quarterly Federal Tax Returns FORM 940 and RT6 Quarterly Reports for the past three years.

94. Copy of all Florida Sales and Use Tax Returns and monthly DR-15EZ filed with the Florida Department of Revenue by **VETSI M. MARTINEZ** for the last three years.
95. All documents referring or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses, or other sums of money paid to **VETSI M. MARTINEZ** within the past three years.
96. Any and all employment contracts that **VETSI M. MARTINEZ** has had in the past three years.
97. Copy of all documents showing a transfer of any funds and/or assets from **VETSI M. MARTINEZ** to anyone else or to any business in the last three years.

## EMPLOYMENT

98. All documents that identify the name and address of any person or entity that has employed **VETSI M. MARTINEZ** within the past three years.
99. All documents that identify any person or entity for whom **VETSI M. MARTINEZ** has acted as independent contractor within the past three years.
100. Any and all employment contracts that **MAYRA'S ADULT LIVING FACILITY, INC.** has entered into for the past three years.
101. All local, state, and federal tax returns filed by **VETSI M. MARTINEZ** in the past three years, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.
102. All banking deposits for **VETSI M. MARTINEZ** for the past thirty-six months.
103. All contracts where **VETSI M. MARTINEZ** is providing services, within the past twelve months.
104. List of your customers, for the past three years.

## TAX RETURNS

105. Federal tax returns filed by **VETSI M. MARTINEZ** for 2013, 2014, 2015, and 2016, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.
106. Federal tax returns filed by **VETSI M. MARTINEZ** for 2013, 2014, 2015, and

2016, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.
107. Federal tax returns filed by **VETSI M. MARTINEZ** for 2013, 2014, 2015, and 2016, including all attachments, schedules, W-2's, K-1;s and 1099 and 1098 forms.
108. Federal tax returns filed **VETSI M. MARTINEZ** for 2013, 2014, 2015, and 2016, including all attachments, schedules, W- 2's, K-1;s and 1099 and 1098 forms.
109. Copy of Cash Flow Statement of **VETSI M. MARTINEZ** for the past 3 years.
110. Account Receivables for **VETSI M. MARTINEZ** for the past 3 years.

### INVESTMENTS

111. Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or other investment vehicle owned by or held for **VETSI M. MARTINEZ** benefit.
112. Any and all rent rolls for the properties in which **VETSI M. MARTINEZ** had an ownership interest for the past three years.
113. Copies of all 1099-D or 1099-1 forms issued to **VETSI M. MARTINEZ** within the past three years.
114. Any and all documents referring to any stock options or profit-sharing plans held by **VETSI M. MARTINEZ** or for the benefit of **VETSI M. MARTINEZ**

### GENERAL

115. All documents referring to or reflecting the name and address of any storage facility or mini-warehouse to which **VETSI M. MARTINEZ** has access in which it stores products belonging to **VETSI M. MARTINEZ**
116. Copies of any and all financial statements **VETSI M. MARTINEZ** has prepared for any lender or creditor in the past three years.
117. Copies of any and all professional licenses held by **VETSI M. MARTINEZ**
118. Copies of all Miami Dade County or City of Miami Code Violations citations issued to **VETSI M. MARTINEZ** within the last three years.
119. Copies of all Lease Agreements entered on behalf of you or **VETSI M. MARTINEZ**

120. Copies of all outstanding invoices owed to **VETSI M. MARTINEZ**

Said deposition(s) will be upon oral examination, before an officer duly authorized by law to take depositions, and will continue from day to day until completed. The deposition(s) is/are being taken for purposes of collection on the final judgment entered in this case. The deposition may be recorded by videotape. The persons so designated shall testify about matters known or reasonably available.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 93940

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 07-02835

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Vasi Martinel

on *(date)* 6/8/17.

☒ I served the subpoena by delivering a copy to the named person as follows: V. Martin (P)

on *(date)* 6/26/17 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 4r —  .

My fees are $ 0 — for travel and $ 0 for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/27/17

Server's signature

Frank Ayllon
*Printed name and title*

Server's address

Additional information regarding attempted service, etc.: